UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BILL BURGRAFF, Individually and On Behalf of All Others Similarly Situated, | No. 2:10-CV-00253 |
| Plaintiff, | Hon. Curtis L. Collier |
| v. | **CLASS ACTION** |
| GREEN BANKSHARES, INC., *et al.*, | |
| Defendants. | |

## LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS

Pursuant to this Court's Order dated October 16, 2012, Lead Plaintiff Jeffrey Blomgren ("Lead Plaintiff"), along with Plaintiffs Brian Molnar, Allison Oneal, Douglas J. Peek II, and Jenny Peek (collectively, "Plaintiffs") respectfully move the Court, pursuant to Fed. R. Civ. P. 23(e) for an order: (1) finally approving the settlement of this Litigation: (2) approving the Plan of Allocation for the distribution of the Settlement Fund; and (3) certifying the Settlement Class.

The grounds in support of this Motion are set forth fully in the Memorandum in Support of Final Approval of Class Action Settlement, and the Plan of Allocation, and the Declaration of Ex Kano S. Sams II, filed contemporaneously herewith. A proposed agreed order is filed herewith.

Dated:  January 7, 2013  Respectfully submitted,

GLANCY BINKOW & GOLDBERG LLP

By: *s/Ex Kano S. Sams II*
Lionel Z. Glancy
Peter A. Binkow
Michael Goldberg
Ex Kano S. Sams II
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Plaintiffs*

BRAMLETT LAW OFFICES
Paul Kent Bramlett (#7387)
2400 Crestmoor Road
P.O. Box 150734
Nashville, TN  37215
Telephone: (615) 248-2828
Facsimile: (866) 816-4116
 (615) 254-4116
E-mail: *pknashlaw@aol.com*
 *pk@bramlettlawoffices.com*

*Liaison Counsel for Plaintiffs*

STATMAN, HARRIS & EYRICH, LLC
Jeffrey P. Harris
Brian T. Giles
3700 Carew Tower
441 Vine Street
Cincinnati, OH  45202
Telephone: (513) 621-2666
Facsimile: (513) 621-4896
E-mail: *jharris@statmanharris.com*
E-mail: *mnenning@statmanharris.com*

STRAUSS TROY, LPA
Richard S. Wayne (admitted *pro hac vice*)
Thomas P. Glass
150 E. Fourth Street
Cincinnati, OH 45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: *rswayne@strausstroy.com*
E-mail: *tpglass@strausstroy.com*
E-mail: *ndwayne@strausstroy.com*

BARRETT LAW GROUP, P.A.
Don Barrett (#2063)
404 Court Square North, P.O. Box 927
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
E-mail: *dbarrett@barrettlawgroup.com*

Charles F. Barrett
6518 Highway 100, Suite 210
Nashville, TN 37205
Telephone: (615) 515-3393
Facsimile: (615) 515-3395
E-mail: *charles@cfbfirm.com*

LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Besalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel for Plaintiffs*

## PROOF OF SERVICE BY ELECTRONIC POSTING
## PURSUANT TO EASTERN DISTRICT OF TENNESSEE
## ELECTRONIC FILING AND LOCAL RULES

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On January 7, 2013, I caused to be served the following document:

**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

By posting such document electronically to the ECF website of the United States District Court for the Eastern District of Tennessee, for receipt electronically by the following parties pursuant to the Court's ECF Service List attached hereto.

There are no known non-ECF registered parties in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 7, 2013, at Los Angeles, California.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II

# Mailing Information for a Case 2:10-cv-00253

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Don Barrett**
  dbarrett@barrettlawgroup.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Paul K Bramlett**
  PKNASHLAW@aol.com

- **Shayne R Clinton**
  sclinton@bassberry.com,churley@bassberry.com

- **Brian T Giles**
  bgiles@statmanharris.com

- **Lionel Z Glancy**
  lglancy@glancylaw.com

- **Michael Goldberg**
  mmgoldberg@glancylaw.com

- **Jeffrey Phillip Harris**
  jharris@statmanharris.com,pterry@statmanharris.com,sderrien@statmanharris.com,bgiles@statmanharris.com

- **Britt K Latham**
  blatham@bassberry.com,lbilbrey@bassberry.com,bmccaskill@bassberry.com,mmthompson@bassberry.com

- **Robert V Prongay**
  rprongay@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com

- **Ex Kano S Sams , II**
  esams@glancylaw.com

- **Howard G Smith**
  hsmith@howardsmithlaw.com

- **Overton Thompson , III**
  othompson@bassberry.com

- **Richard Stuart Wayne**
  rswayne@strausstroy.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Case 2:10-cv-00253-CLC-SKL   Document 81   Filed 01/07/13   Page 5 of 6   PageID #: 1734

- (No manual recipients)

Case 2:10-cv-00253-CLC-SKL   Document 81   Filed 01/07/13   Page 6 of 6   PageID #: 1735