UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

BILL BURGRAFF, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

GREEN BANKSHARES, INC., *et al.*,

Defendants.

No. 2:10-CV-00253

Hon. Curtis L. Collier

**CLASS ACTION**

---

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER AUTHORIZING DISBURSEMENT OF THE NET SETTLEMENT FUND**

---

Lead Plaintiff Jeffrey Blomgren ("Lead Plaintiff"), along with Plaintiffs Brian Molnar, Allison Oneal, Douglas J. Peek II, and Jenny Peek (collectively, "Plaintiffs") respectfully move the Court for entry of a proposed Order (the "Distribution Order"), which will:

1. Approve the procedures used and actions taken by The Garden City Group, Inc. ("GCG") and Plaintiff's Counsel for the administration of the Settlement as described herein and in the Declaration of Jennifer M. Keough ("Keough Decl."), attached as Exhibit 1 to this Motion;

2. Approve the valid claims of Class Members (the "Authorized Claimants") identified in the list of Authorized Claimants, attached as Exhibit B-1 to the Keough Declaration;

3. Approve the valid, but late-filed claims included in the list of authorized but late claimants, attached as Exhibit B-2 to the Keough Declaration, as if they had been filed on or before the original deadline of March 13, 2013;

4. Approve the rejection of ineligible claimants as identified in and attached as Exhibit B-3 to the Keough Declaration;

5. Approve the payment of fees and costs incurred to date, but yet unpaid, and anticipated future fees and costs for administration of the Settlement, incurred by and payable to GCG, in the amount of $33,222.62, as set forth in Exhibit C to the Keough Declaration;

6. Direct that distribution of the balance of the Net Settlement Fund be made to the Authorized Claimants in Exhibits B-1 and B-2 to the Keough Declaration;

7. Allow the destruction of claim forms and records in paper form one year after final distribution and the destruction of claim forms and records in electronic form three years after final distribution;

8. Bar any further claims against the Net Settlement Fund beyond the amount allocated to Authorized Claimants, and release and discharge from any and all claims arising out of the claims administration, all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Claims submitted herein, or otherwise involved in the administration of the Settlement Fund or the Net Settlement Fund;

9. Authorize and direct, if cost-effective, a re-distribution of any funds remaining in the Net Settlement Fund six months after the initial distribution, with such remainder to be allocated to Authorized Claimants who have cashed their payments; and if not cost-effective, the balance of the Net Settlement Fund to be donated to the Greenville-Greene County United Way.

Submitted herewith in support of the motion is the (a) Memorandum of Points and Authorities in Support of Motion for Final Disbursement of Net Settlement Fund; (b) Keough Declaration with Exhibits annexed thereto; and (c) [Proposed] Order Authorizing Disbursement of the Net Settlement Fund.

Dated: August 21, 2013

Respectfully submitted,

GLANCY BINKOW & GOLDBERG LLP

By: *s/Lionel Z. Glancy*
Lionel Z. Glancy
Peter A. Binkow
Michael Goldberg
Ex Kano S. Sams II
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Plaintiffs*

BRAMLETT LAW OFFICES
Paul Kent Bramlett (#7387)
2400 Crestmoor Road
P.O. Box 150734
Nashville, TN 37215
Telephone: (615) 248-2828
Facsimile: (866) 816-4116
(615) 254-4116
E-mail: *pknashlaw@aol.com*
*pk@bramlettlawoffices.com*

*Liaison Counsel for Plaintiffs*

STATMAN, HARRIS & EYRICH, LLC
Jeffrey P. Harris
Melinda S. Nenning
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
Telephone: (513) 621-2666
Facsimile: (513) 621-4896
E-mail: *jharris@statmanharris.com*
E-mail: *mnenning@statmanharris.com*

STRAUSS & TROY, LPA
Richard S. Wayne (admitted *pro hac vice*)
Thomas P. Glass
Nicolas D. Wayne
150 E. Fourth Street
Cincinnati, OH 45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: *rswayne@strausstroy.com*
E-mail: *tpglass@strausstroy.com*
E-mail: *ndwayne@strausstroy.com*

BARRETT LAW GROUP, P.A.
Don Barrett (#2063)
404 Court Square North, P.O. Box 927
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
E-mail: *dbarrett@barrettlawgroup.com*

Charles F. Barrett
6518 Highway 100, Suite 210
Nashville, TN 37205
Telephone: (615) 515-3393
Facsimile: (615) 515-3395
E-mail: *charles@cfbfirm.com*

LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Besalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel for Plaintiffs*

**PROOF OF SERVICE BY ELECTRONIC POSTING**
**PURSUANT TO EASTERN DISTRICT OF TENNESSEE**
**ELECTRONIC FILING AND LOCAL RULES**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On August 21, 2013, I caused to be served the following documents:

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER AUTHORIZING DISBURSEMENT OF THE NET SETTLEMENT FUND**

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER AUTHORIZING DISBURSEMENT OF THE NET SETTLEMENT FUND**

**[PROPOSED] ORDER AUTHORIZING DISBURSEMENT OF THE NET SETTLEMENT FUND**

By posting such document electronically to the ECF website of the United States District Court for the Eastern District of Tennessee, for receipt electronically by the following parties pursuant to the Court's ECF Service List attached hereto.

There are no known non-ECF registered parties in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 21, 2013, at Los Angeles, California.

***s/Lionel Z. Glancy***
Lionel Z. Glancy

# Mailing Information for a Case 2:10-cv-00253

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Don Barrett**
  dbarrett@barrettlawgroup.com
- **Peter A Binkow**
  pbinkow@glancylaw.com
- **Paul K Bramlett**
  PKNASHLAW@aol.com
- **Shayne R Clinton**
  sclinton@bassberry.com,churley@bassberry.com
- **Brian T Giles**
  bgiles@statmanharris.com
- **Lionel Z Glancy**
  lglancy@glancylaw.com
- **Michael Goldberg**
  mmgoldberg@glancylaw.com
- **Jeffrey Phillip Harris**
  jharris@statmanharris.com,pterry@statmanharris.com,sderrien@statmanharris.com,bgiles@statmanharris.com
- **Britt K Latham**
  blatham@bassberry.com,lbilbrey@bassberry.com,bmccaskill@bassberry.com,mmthompson@bassberry.com
- **Robert V Prongay**
  rprongay@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com
- **Ex Kano S Sams , II**
  esams@glancylaw.com
- **Howard G Smith**
  hsmith@howardsmithlaw.com
- **Overton Thompson , III**
  othompson@bassberry.com
- **Richard Stuart Wayne**
  rswayne@strausstroy.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)